**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Jose Reynaldo Jimenez Carias**<br>Petitioner,<br>**v.**<br><br>**Moniz et al.**<br>Respondent, | ) | **1:26-cv-13141-MJJ** |

**ORDER OF DISMISSAL**

July 17, 2026

**Joun, D.J.**

As stated at the status conference on July 16, 2026, the Petitioner withdrew his petition. It is hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

July 17, 2026

/s/ Steve K. York
--------------------------
**Deputy Clerk**